[No. 8883-1-I. Division One. June 29, 1981.]

THE STATE OF WASHINGTON, *Respondent*, v. CHARLES
VAN PYBURN, *Appellant*.

Appeal from a judgment of the Superior Court for Island
County, No. 2925, Howard A. Patrick, J., entered May 30,

1980. *Affirmed* by unpublished opinion per Durham, J., concurred in by Ringold, A.C.J., and Williams, J.